UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINA L. PORRITT and LOIS HESS, <br><br> Plaintiffs, <br><br> v. <br><br> AMSCAN HOLDINGS, INC., *et al.*, <br><br> Defendants, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Interested Party. | Case No. 10-cv-469-JPG-DGW |

## **JUDGMENT**

This matter having come before the Court, and the Court having granted the joint motion for voluntary dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                                                                                 **NANCY J. ROSENSTENGEL**

**Dated: July 25, 2011**                                    **s/Brenda K. Lowe**
                                                                                                 **Deputy Clerk**


**Approved:**    <u>s/ J. Phil Gilbert</u>
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**